1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GIDEON ROBERTS DAVI CONE, | ) Case No. CV 11-9230 JST (MRW) |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered in favor of Defendant.

DATE: October 23, 2012                    _____
                                          HON. JOSEPHINE STATON TUCKER
                                          UNITED STATES DISTRICT JUDGE