UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GIDEON ROBERTS DAVI CONE, | ) | Case No. CV 11-9230 JST (MRW) |
| Plaintiff, | ) ) ) | JUDGMENT |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

DATE: October 23, 2012

_____
HON. JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE